IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

DOUGLAS A. GRIBSKOV                  )
and PATRICIA G. GRIBSKOV,            )
                                     )
          Plaintiffs,                )    TC-MD 110939N
                                     )
     v.                              )
                                     )
DEPARTMENT OF REVENUE,               )
State of Oregon,                     )
                                     )
          Defendant.                 )    **DECISION OF DISMISSAL**

     This matter is before the court on its own motion to dismiss this case for lack of

prosecution.

     On June 29, 2012, the court sent the parties a Journal Entry instructing Plaintiffs to file a

written status report within 14 days of the court's Journal Entry.  The Journal Entry advised that

failure to comply with the deadlines set forth therein might result in dismissal of Plaintiffs'

appeal.  Plaintiffs' deadline has passed and the court has not received the Plaintiffs' written

status report or any further communication from Plaintiffs.  As a consequence, the court finds

this matter should be dismissed for lack of prosecution.  Now, therefore,

     IT IS THE DECISION OF THIS COURT that this matter is dismissed.

     Dated this ____ day of July 2012.

                                             _____
                                             ALLISON R. BOOMER
                                             MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of
the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563;
or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.
Your Complaint must be submitted within 60 days after the date of the Decision
or this Decision becomes final and cannot be changed.
This document was signed by Magistrate Allison R. Boomer on July 20, 2012.
The Court filed and entered this document on July 20, 2012.*

DECISION OF DISMISSAL  TC-MD 110939N                                          1